## Continuation of Criminal Complaint

I, Nicholas Mascorro, being duly sworn, hereby depose and state as follows:

### Introduction and Background

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and I have served as such since March 2016. I am a graduate of the Special Agent Basic Training Program at the ATF National Academy and of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. I have conducted numerous investigations into the unlawful possession and use of firearms, the possession and distribution of controlled substances, and conspiracies associated with firearm and narcotic offenses. I am presently assigned to ATF's Lansing Office. As a Special Agent with ATF, my primary duties include the investigation of alleged violations of federal firearm laws, including the subject offense of 18 U.S.C. § 922(k) (possession of a firearm with an obliterated serial number).

2. I submit this continuation in support of a criminal complaint and arrest warrant for Carmello Rolon. As set forth below, there is probable cause to believe that Rolon committed a violation of 18 U.S.C § 922(k) (possession of a firearm with an obliterated serial number) on January 23, 2024, in Ingham County.

3. The information contained in this continuation is based on information obtained in part on: (a) my personal participation in this investigation; (b) information provided by other law enforcement officers; and (c) my personal training and experience and the training and experience of other law enforcement personnel. This continuation does not contain all the information known as a result of this

investigation, but only those facts that I believe are necessary to establish probable cause to show that Carmello Rolon committed a violation of 18 U.S.C § 922(k) on January 23, 2024.

4. ATF and the Lansing Police Department (LPD) are currently conducting a joint investigation of people associated with two Lansing street gangs that have been in conflict with each other, resulting in an outbreak of violence punctuated by shootings and homicides in the Lansing area. These gangs are the Spin Back Gang and the Money Bound Mafia. Carmello Rolon is associated with the Spin Back Gang and in fact claims he is one of the gang's founders.

5. During December 2023 and January 2024, LPD Officer Bush monitored the open-source social media platform Instagram and located the suspected account of Rolon.

   a. On January 19, 2024, videos and photographs were posted to Rolon's Instagram story. One of the photographs depicted a handgun with a black grip and an extended magazine. The magazine had a display window on the rear of the magazine, and it was loaded with what appeared to be 28 rounds of ammunition. The grip had the brand Hogue printed on the side.

   b. On January 20, 2024, another Instagram story posted depicted a handgun which appeared to be a black Glock handgun with a weapon-mounted light and an extended magazine.

    c. At the time of these posts Officer Bush had obtained a court order for the IP (internet protocol) address information for this Instagram and during the times of the above listed posts the IP addresses were associated with 900 Long Boulevard #241, Lansing, Ingham County, Michigan (hereinafter "Target Residence").

6. On January 22, 2024, LPD obtained a state search warrant for the Target Residence, allowing seizure of firearms, ammunition, machineguns, and other evidence.

7. On January 23, 2024, LPD and ATF served the search warrant at the target residence. During the search multiple people were located at the residence, including Rolon. All individuals including Rolon were located upstairs except for Aryian Johnson, who was located on the basement stairs. During the search of the residence the following evidence was seized along with other items:

    a. A black Glock, model 19, 9mm handgun with an obliterated serial number (and attached weapon mounted light) loaded with one round of 9mm ammunition in the chamber and 28 rounds of 9mm ammunition loaded in an extended magazine inserted in the firearm located in the basement bedroom near the bed. This firearm featured a Hogue brand grip.

    b. Rolon's birth certificate located in the basement bedroom.

    c. Correspondence addressed to Rolon at the Target Residence, found in the basement bedroom.

    d. A Glock style slide and barrel with an obliterated serial number located in the basement bedroom.

8. While on scene at the Target Residence LPD Sergeant Wesley Vaughn had contact with the lessor of the apartment who advised that Rolon lives in the basement and has been doing so since July or August of 2023.

9. I conducted an interview of Rolon at the LPD Operations Center. I advised Rolon of his *Miranda* Rights at which time Rolon advised he understood his rights and began to speak with me. Rolon then provided information, including the following:

    a. Rolon stays at multiple different residences including the target residence and he sometimes sleeps in the basement when he is at the Target Residence.

    b. The firearm next to the bed in the basement was not his but he knew it was down there. Rolon knew it was a Glock. The firearm was his brother's.

    c. The firearm was in Rolon's "area."

    d. The firearm was next to his bed because he was the most advanced person in the house, and he was the best person able to handle the firearm if necessary.

    e. Rolon knew the serial number was obliterated and knew the consequences of a scratched serial number.

    f.    The firearm has been at the apartment for one to two months and has been in his room sometimes.

10.    Officer Bush observed the firearm recovered during the search warrant and compared it to the firearm depicted in the Instagram posts described above and determined that they are indistinguishable.

11.    On February 6, 2024, I was advised, by ATF Interstate Nexus Expert Timothy Hunt, that Glock firearms are not manufactured in the State of Michigan.

## Conclusion

12.    Based on the forgoing facts, I submit there is probable cause to believe that Carmello Rolon has knowingly possessed a firearm with an obliterated serial number, in violation of 18 U.S.C. § 922(k) (possession of a firearm with an obliterated serial number).